# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CHRISTIAN MICHAEL ALEXANDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2960

_____

September 6, 2023

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams and Ronald N. Ficarrotta, Judges.

Howard L. Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed. *See State v. Dortch*, 317 So. 3d 1074, 1075, 1084 (Fla. 2021); *Abraham v. State*, 339 So. 3d 370, 373 (Fla. 4th DCA 2022).

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.